# McKENNA, SIRACUSANO & CHIANESE
*Attorneys and Counsellors at Law*

LOUIS V SIRACUSANO*
ALBERT W. CHIANESE†

THOMAS P. REILLY

* Member N.Y., Fla. & Ct. Bar
† Member N.Y. & Ct. Bar
· Member N.Y. & N.J. Bar

361 ATLANTIC AVENUE
EAST ROCKAWAY, NEW YORK 11518

Tel. (516) 599-2020
Fax (516) 599-6476

Web Site: www.msclaw.net
E-mail: info@msclaw.net

*Reply to East Rockaway*

NEW YORK CITY OFFICE:

THE LINCOLN BUILDING
60 EAST 42nd ST., SUITE 950
NEW YORK, N.Y. 10165

Tel. (212) 953-6447

of Counsel
BRIAN E. McKENNA
ANTHONY M. BROWN°
ROBERT T. ACKER



March 19, 2008

Justice Richard Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

              Re: Figueroa v. Mercado, et al
              2007 Civ.10269

Dear Justice Holwell:

    Enclosed herein please find a follow up letter' confirming a conference for June 20, 2008 @ 10:00am.

    Kindly "so order" said letter and return same to our office in the envelope provided.

    Your time, courtesy and cooperation in this matter will be greatly appreciated. Of course, if you have any questions, please do not hesitate to contact our office.

                           Very truly yours,

                           McKENNA, SIRACUSANO, CHIANESE

                           Lanika Leon
                           Paralegal

/ll
Enclosures

# McKENNA, SIRACUSANO & CHIANESE
*Attorneys and Counsellors at Law*

LOUIS V. SIRACUSANO*
ALBERT W. CHIANESE†

THOMAS P. REILLY ‑

* Member N.Y., Fla. & Ct. Bar
† Member N.Y. & Ct. Bar
‑ Member N.Y. & N.J. Bar

361 ATLANTIC AVENUE
EAST ROCKAWAY, NEW YORK 11518

Tel. (516) 599-2020
Fax (516) 599-6476

Web Site: www.msclaw.net
E-mail: info@msclaw.net

NEW YORK CITY OFFICE:

THE LINCOLN BUILDING
60 EAST 42nd ST., SUITE 950
NEW YORK, N.Y. 10165

Tel. (212) 953-6447

of Counsel
BRIAN E. McKENNA
ANTHONY M. BROWN°
ROBERT T. ACKER

*Reply to East Rockaway*

March 17, 2008

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Justice Richard Holwell

Re: Figueroa v. Mercado, et al
2007 Civ. 10269

Dear Justice Holwell:

      Pursuant to the scheduling conference of March 14, 2008 the discovery in this matter is scheduled to be completed by June 20, 2008. Furthermore, a Conference has been scheduled for June 20, 2008 at 10:00A.M.

      Of course, if you have any questions regarding this matter, please do not hesitate to contact our office.

Very truly yours,

McKENNA, SIRACUSANO, & CHIANESE

Thomas P. Reilly

TPR/ll
Enclosure(s)

So Ordered
3/25/08

**SEE ATTACHED RIDER**

# RIDER

cc:   Montfort, Healy, McGuire & Salley
      1140 Franklin Avenue
      PO Box 7677
      Garden City, NY 11530

      Buratti, Kaplan, McCarthy
      & McGarthy
      Attorneys & Counselors at law
      One Executive Boulevard
      Suite 280
      Yonkers, NY 10701