## McKENNA, SIRACUSANO & CHIANESE
*Attorneys and Counsellors at Law*

LOUIS V. SIRACUSANO*
ALBERT W. CHIANESE†

THOMAS P. REILLY

* Member N.Y., Fla. & Ct. Bar
† Member N.Y. & Ct. Bar
° Member N.Y. & N.J. Bar

361 ATLANTIC AVENUE
EAST ROCKAWAY, NEW YORK 11518

Tel. (516) 599-2020
Fax (516) 599-6476

Web Site: www.msclaw.net
E-mail: info@msclaw.net

*Reply to East Rockaway*

NEW YORK CITY OFFICE:

THE LINCOLN BUILDING
60 EAST 42nd ST., SUITE 950
NEW YORK, N.Y. 10165

Tel. (212) 953-6447

of Counsel
BRIAN E. McKENNA
ANTHONY M. BROWN
ROBERT T. ACKER

[RECEIVED JUN 24 2008 CHAMBERS OF RICHARD J. HOLWELL]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/1/08]

June 18, 2008

*VIA FACISIMILE & HARDCOPY*
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Attn: Justice Richard Holwell

Re: Figueroa v. Mercado, et al
2007 Civ. 10269

Dear Justice Holwell:

This will confirm that the above matter settled on June 4, 2008

Thank you for your time, courtesy and cooperation in this matter.

Of course, if you have any questions, please do not hesitate to contact our office.

Very truly yours,

McKENNA, SIRACUSANO, & CHIANESE

Lanika Leon
Paralegal

/ll

cc:  Montfort, Healy, McGuire & Salley
1140 Franklin Avenue
PO Box 7677
Garden City, NY 11530

Buratti, Kaplan, McCarthy
& McGarthy
Attorneys & Counselors at law
One Executive Boulevard
Suite 280
Yonkers, NY 10701

*This case is dismissed pursuant to the settlement between the parties.*

*SO ORDERED*

*The Clerk is requested to close this case.*

USDJ 6/30/08